# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY PAUL BIRDWELL, II, ) | NO. CV 17-5606-AG (KS) |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER ACCEPTING FINDINGS AND |
| ) | RECOMMENDATIONS OF UNITED |
| DEAN BORDERS, Warden, ) | STATES MAGISTRATE JUDGE |
| ) | |
| Respondent. ) | |
| _____ ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Magistrate Judge's Report and Recommendation ("Objections"). Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated.

The Court concludes that the arguments presented in the Objections do not affect or alter the analysis and conclusions set forth in the Report. However, in adopting the Report, the Court makes the following amendments for the sake of clarity. On page 2 of the Report, the Court amends the first sentence of the first paragraph to read as follows:

"Following a jury trial in 1987, Petitioner was convicted of murder with special circumstances and sentenced to life without the possibility of parole."

On page 3, line 7 of the Report, the Court amends the word "stateduments" to "statements".

Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) the Petition is DENIED; and (2) Judgment shall be entered dismissing this action with prejudice.

DATED: March 31, 2018

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE