**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **BILLY PAUL BIRDWELL, II,** | ) | **NO. CV 17-5606-AG (KS)** |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **JUDGMENT** |
| | ) | |
| **DEAN BORDERS, Warden,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:  March 31, 2018

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE